# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLIER BROWN**, *individually and on behalf of all those similarly situated,*<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**MAH GROUP INC**,<br><br>　　　　Defendant. | Case No.:  **8:25-cv-00051-FWS-DFM**<br><br>Judge Fred W. Slaughter<br>Magistrate Judge Douglas F. McCormick<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR REASONABLE EXPENSES REGARDING MOTION TO COMPEL DISCOVERY RESPONSES** |

　　　　Considering the papers and arguments, and finding good cause, Plaintiff's Request for Reasonable Expenses (ECF 22) is **GRANTED**.

　　　　It is ORDERED that:

　　　　1.　　Defendant shall pay to Plaintiff's counsel within thirty (30) days from the date of this Order the amount of $11,400 as Plaintiff's reasonable expenses in preparing and filing the Motion to Compel, the proposed Order, and the accompanying Declaration of Gerald D. Lane Jr.

　　　　IT IS SO ORDERED.

Date: February 3, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1